Barbara B. BRADSHAW, Appellant,

v.

Ann E. KYDD, Appellee.

No. 2091.

Municipal Court of Appeals for the
District of Columbia.

Argued Nov. 18, 1957.

Decided Feb. 13, 1958.

C. William Tayler, Washington, D. C.,
for appellant.

Frank E. Elder, Washington, D. C., for
appellee.

Before ROVER, Chief Judge, and
HOOD and QUINN, Associate Judges.

PER CURIAM.

Appellant, owner of a three-story build-
ing, sued appellee, the tenant of the third
floor, for damages resulting from water
overflowing from the third floor kitchen
sink. The trial court found that the evi-
dence did not establish negligence on the
part of the tenant. Such finding was not
without evidence to support it, and we find
no error of law affecting the substantial
rights of the parties.

Affirmed.